H. R. Rathbun, Trading as Johnsen and Rathbun, Appellant, v. Joseph Hagn, Jr., Muriel Hagn and Martha M. Smith, Appellees.

Gen. No. 45,254.

Raymond H. Groble, for appellant; DeWolfe & DeWolfe; McKinley, Price & Appleman, for appellees; John C. DeWolfe, Jr., and Paul E. Price, of counsel. Opinion by PRESIDING JUSTICE BURKE. Not to be published. in full. Opinion filed May 9, 1951; released for publication July 5, 1951.